**Order filed, January 15, 2015.**



In The

# Court of Appeals
## For The
### First District of Texas

——————————

## NO. 01-15-00060-CV

**DARYL BARNES AND DEMEATRICE GOFF, Appellant**

**V.**

**NATIONAL HOUSING DEVELOPMENT CORPORATION, COLONY LLC, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case 2012-34954**

---

## ORDER

The reporter's record in this case was due January 2, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Berry, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Harvey Brown

Acting individually